UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHIE BERMUDEZ,

        Petitioner,

  -versus-

UNITED STATES OF AMERICA,

        Respondent.

No. 16 Civ. 5356 (LAP)

No. 04 Cr. 00685 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court has received Mr. Bermudez's letter request [dkt. no. 19] for an extension of time to supplement the record in his pending § 2255 petition.  In light of Judge Freeman's issuing a Report and Recommendation [dkt. no. 20], Mr. Bermudez's request is denied without prejudice to renewal.  Mr. Bermudez is directed to the Report and Recommendation for the time in which to file objections to the Report and Recommendation.

SO ORDERED.

Dated:   March 30, 2020
       New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior U.S. District Judge