UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -versus-

RICHIE BERMUDEZ,

        Defendant.

16 Civ. 5356 (LAP) (DCF)
04 Cr. 685 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    Mr. Bermudez shall file his complete objections to the Report and Recommendation (dkt. no. 20) by no later than September 15, 2020.

**SO ORDERED.**

Dated:  August 17, 2020
       New York, New York

_____
LORETTA A. PRESKA, U.S.D.J.